AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadur, Milton I. | U.S. Northern District Court Northern District of Illinois | 04/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 2388
Chicago IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | Ravinia Festival Association (not-for-profit) |
| 2. | Member of LLC | East Bank Club LLC (investment only--no services) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadur, Milton I. | 04/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. monthly | Met Life (annuity from matured life insurance policy) | $449.08 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadur, Milton I. | 04/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadur, Milton I. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | B | Dividend | K | T | | | | | |
| 2. BP PLC | A | Dividend | J | T | | | | | |
| 3. Consolidated Edison | B | Dividend | K | T | | | | | |
| 4. East Bank Club LLC | F | Distribution | J | U | | | | | |
| 5. Exxon Mobil | C | Dividend | M | T | | | | | |
| 6. JP Morgan Chase IRAs-CDs | A | Distribution | J | T | | | | | |
| 7. JP Morgan--Chase Checking | A | Interest | J | T | | | | | |
| 8. IBM | B | Dividend | L | T | | | | | |
| 9. Morgan Stanley Bank | A | Int./Div. | M | T | | | | | |
| 10. Lockheed-Martin | E | Dividend | P1 | T | | | | | |
| 11. Northrop-Grumman | D | Dividend | N | T | | | | | |
| 12. Pinnacle West | B | Dividend | J | T | | | | | |
| 13. Marathon Oil | A | Dividend | J | T | | | | | |
| 14. Walgreens | E | Dividend | P1 | T | | | | | |
| 15. EnCana | A | Dividend | J | T | | | | | |
| 16. Canadian Pacific Ry. | A | Dividend | L | T | | | | | |
| 17. Northwestern Mutual Life (Whole Life) | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer | C | Dividend | L | T | | | | | |
| 19. Cenovus | A | Dividend | K | T | | | | | |
| 20. Marathon Petroleum | A | Dividend | K | T | | | | | |
| 21. Huntington Ingalls | A | Dividend | L | T | | | | | |
| 22. Hartford Conn. General Obligation-Bond | C | Interest | L | T | | | | | |
| 23. District of Columbia Hospital-Bond | D | Interest | M | T | Sold (part) | 06/17/16 | J | A | |
| 24. New Jersey Economic Dev.-Bond | C | Interest | L | T | | | | | |
| 25. New Jersey Economic Dev. Constr.-Bond | D | Interest | M | T | | | | | |
| 26. NewYork, NY General Obligation-Bond | C | Interest | L | T | | | | | |
| 27. New York St. Dorm Auth.-Bond | C | Interest | L | T | | | | | |
| 28. Utah Bd. Regents-Bond | D | Interest | M | T | | | | | |
| 29. Fla. St. Mid-Bay Bridge-Bond | A | Interest | M | T | | | | | |
| 30. Montgomery Cnty. Pa. Development-Bond | D | Interest | M | T | | | | | |
| 31. New Jersey Economic Dev.-Bond | C | Interest | M | T | Buy | 06/28/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadur, Milton I. | 04/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I. Line 2: Because the earlier reorganization of East Bank Club involved a change from a limited partnership to a limited liability company, my status technically changed from Partner to being a Member of the LLC. No change was involved in the percentage of ownership or any other aspect of ownership. My involvement in East Bank continues to be that of a passive investor.

Section VII.

Last year's report reflected that my financial consultant had left the UBS organization to join Morgan Stanley, so that the UBC Money Market Fund had been transferred to Morgan Stanley Bank. Accordingly, Line 9 of that report reflected that transfer. This report has, therefore, omitted any reference to UBS, and Line 9 of the current report covers the Morgan Stanley information, replacing what had been at Line 31 of the last year's report.

As to all bonds (Lines 22-31), no purchases were involved in 2016 other than the bond reported on Line 31, and no sales were made other than the partial sale reported on Line 23. (that involved a loss of less than $1000, but the form does not appear to allow reporting of a loss).

As to Line 29, that bond produced no income, but the form does not appear to allow entry of anything other than Category A.

| Name of Person Reporting | Date of Report |
|---|---|
| Shadur, Milton I. | 04/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Milton I. Shadur**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544